1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02878-JAM-GGH |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DATES;  ORDER THEREON |
| APPROXIMATELY $49,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America and claimant Steven Clark Cripe, Jr. ("Cripe") by and through their undersigned attorneys, hereby stipulate:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The expert witness and rebuttal expert witness disclosure dates currently set on September 6, 2013 and September 13, 2013, with the Court's approval, be continued to October 10, 2013 and October 17, 2013 to allow for the completion of

///

///

///

1

Stipulation to Continue Expert Witness
Disclosure Dates;  Order Thereon

1 non-expert depositions and to allow the parties' experts to review written discovery and
2 deposition transcripts.

4 Dated:8/26/13                                          BENJAMIN B. WAGNER
                                                         United States Attorney

6                                           By:    /s/ Kevin C. Khasigian
7                                                  KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney

10 Dated: 8/26/13                                  /s/ Terence D. Broughton
                                                   TERENCE D. BROUGHTON
11                                                 Attorney for Claimant

12                                                 (Signature retained by attorney)

14                                        **ORDER**

15     **IT IS SO ORDERED.**

16
   Dated: 8/27/2013                                /s/ John A. Mendez
17                                                 JOHN A. MENDEZ
                                                   United States District Court Judge