BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-02878-JAM-EFB |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $49,900.00 IN U.S. CURRENCY , | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $49,900.00 in U.S. Currency (the "defendant currency"), seized on or about May 6, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 27, 2012, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On December 7, 2012, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on December 10, 2012.

4. Beginning on January 11, 2013, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on February 11,

2013.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

    a.  Steven Cripe

6.  Claimant filed a verified claim and answer alleging an interest in the defendant currency on January 7, 2013.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

7.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

8.  Judgment is hereby entered against claimant Steven Cripe and all other potential claimants who have not filed claims in this action.

9.  Upon entry of a Final Judgment of Forfeiture, $34,900.00 of the $49,900.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

10.  Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $15,000.00 of the $49,900.00 in U.S. Currency, shall be returned to claimant Steven Cripe through his attorney Terence D. Broughton.

11.  That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

12. Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

13. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on November 27, 2012, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

14. All parties are to bear their own costs and attorneys' fees.

15. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 7th day of October, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed November 27, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

Dated: 10/7/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge